| Date | Pleading Number | |
|------|-----------------|---|
| 7/12/76 | 1 | MOTION, BRIEF, CERT OF SERVICE -- Plaintiff Philip Clarke, et al. to transfer actions under 28 U.S.C. §1407 <br> SUGGESTED TRANSFEREE DISTRICT : D. MARYLAND <br> SUGGESTED TRANSFEREE JUDGE ; C. STANLEY BLAIR |
| 7/19/76 | | SCHEDULE A -- to be attached to above motion |
| 7/19/76 | 2. | AMENDMENT TO ADD ADDITIONAL ACTION -- by original movants w/certificate (B-1) of service on involving counsel and clerks. |
| 7/22/76 | | APPEARANCES -- Myer Feldman for The Meadville Corp. <br> E. N. Sherry for Continental Oil Co. & Wm. H. Burnap <br> Ray S. Bolze for Ashland Oil Co, Inc. <br> David Berger for Pltf. Philip Clarke, et al. <br> James H. Kelley for Crown Central Petroleum Corp. <br> Adlai S. Hardin, Jr. for Amerada Hess Corp. <br> Jerry S. Cohen for Pltf. Allstate Termite Control Co.,Inc <br> David F. Albright for Petroleum Marketing Corp. <br> Leonard Barrack for Feasterville Motors, Inc. <br> William E. McDaniels for Wm. H. Burnap |
| 7/23/76 | | APPEARANCES -- David A. Donohoe for Def. Society of Independent Gasoline Marketers of America <br> Aaron M. Fine for Pltf. Algon Cab Co., et al. |
| 7/23/76 | 3 | RESPONSE -- Algon Cab Co. w/ certificates of service |
| 7/26/76 | 4 | RESPONSE -- Ashland Oil Inc. <br> Continental Oil Co. & Kayo Oil Co. <br> Armerada Hess Corp. <br> Petroleum Corp. <br> Meadville Corp. w/ certificate of service |
| 7/26/76 | 5 | NOTICE OF MOTION AND MOTION FOR TRANSFER of the cases FEASTERVILLE AND GARTENBERG -- Ashland Oil Inc. <br> Continental Oil Co. & Kayo Oil Co. <br> Amerada Hess Corp. <br> Crown Central Petroleum Corp. <br> Meadville Corp. w/ cert. of service |
| 7/26/76 | 6 | RESPONSE -- Feasterville Motors, Inc. w/ cert. of service |
| 7/26/76 | 7 | RESPONSE -- Society of Independent Gasoline Marketers of America w/cert. of service |
| 7/27/76 | | APPEARANCE -- Wilbur D. Preston, Jr. for Kayo Oil Co. |
| 8/2/76 | 8 | REPLY -- PLAINTIFF CLARKE w/cert. of service |
| 8/3/76 | 9 | RESPONSE -- SOCIETY OF INDEPENDENT GASOLINE MARKETERS OF AMERICA w/cert. of service |
| 8/5/76 | | APPEARANCES   Ray S. Bolze for CHARLES J. LUELLEN <br> Donald T. Bucklin, for ROBERT R. CAVIN |
| 8/12/76 | 10 | RESPONSE -- WILLIAM H BURNAP w/cert. of service |
| 8/16/76 | 11 | MOTION, BRIEF, CERT OF SERVICE -- PETROLEUM MARKETING SERVICE -- to transfer A-1 through A-5 in the D. Maryland under Section 1407 <br> Petroleum Marketing Service adopts brief No. 5 . <br> Suggested Transferee District -- D. Maryland <br> Suggested Judge -- Judge C. Stanley Blair |
| | | HEARING ORDER -- Setting A-1, A-2, A-3 & B-1 for hearing, Oct. 1, 1976 |
| 9/1/76 | | San Francisco, Calif. |
| 9/29/76 | | APPEARANCES WAIVER OF ORAL ARGUMETN -- ALL DEFENDANTS |

JPML FORM 1A - Continuation          DOCKET ENTRIES -- p. 3

DOCKET NO. 267 -- IN RE INDEPENDENT GASOLINE ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/15/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE C. STANLEY BLAIR TO HANDLE LITIGATION IN THE D. MARYLAND UNDER 28 U.S.C. §1407. |
| 11/15/76 | | ORDER -- TRANSFERRING A-3, AND A-4 TO THE D. MARYLAND TO BE ~~FOR~~ COORDINATED OR CONSOLIDATED WITH A-1, A-2, AND B-1 FOR PRETRIAL PROCEEDINGS UNDER 28 U.S.C. §1407 BEFORE JUDGE BLAIR |
| 7/28/77 | | C-1 Leonard M. Colbert v. Society of Independent Gasoline Marketers of America, et al., S.D. New York, C.A. No. 77-Civ-3483 -- CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified counsel and judges. |
| 8/15/77 | | C-1 Colbert v. Society of Independent Gasoline Marketers of America, et al. S.D.N.Y., 77 Civ 3483-- Conditional Transfer Order Final today. Notified clerks, involved judges |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 267 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/06/23 | | ORDER REASSIGNING LITIGATION to the Honorable Joseph H. Young, D. Maryland, for the remainder of the coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C §1407. (ea) |

JPML FORM 1A

MO, Nov 15, 1976 439 F Supp 267     Closed

DOCKET NO. 267 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### MDL-267 -- IN RE INDEPENDENT GASOLINE ANTITRUST LITIGATION

**Summary of Panel Action**

Date(s) of Hearing(s): 10/1/76     6/23/80

Date(s) of Opinion(s) or Order(s): _____

Consolidation Ordered: ✓    Name of Transferee Judge: Young, Joseph H. ~~E. Stanley Blair Deceased~~

Consolidation Denied: _____    Transferee District: D. Maryland

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Philip Clarke, et al. v. Amerada Hess Corp., et al. | D. Md. Blair | B76-842 | | | 2/23/81 | |
| A-2 | Allstate Termite Control Co., Inc. v. Amerada Hess Corp., et al. | D. Md. Blair | B76-861 | | | 2/23/81 | |
| A-3 | Feasterville Motors, Inc. v. Amerada Hess Corp., et al. | E.D.Pa. Fullam | 76-1990 | 11/15/76 | B 76-1938 | 2/23/81 | |
| A-4 | Irving Gartenberg v. Society of Independent Gasoline Marketers of America, et al. | S.D.N.Y. Carter | 76-2509 | 11/15/76 | B-76-1939 | 2/23/81 | |
| B-1 | Algon Cab Co., et al. v. Society of Independent Gasoline Marketers of America, et al. | Md. | B-76-928 | | | 2/23/81 | |
| C-1 | Leonard M. Colbert v. Society of Independent Gasoline Marketers of America, et al. 7/28/77 | S.D.N.Y. Stewart | 77 Civ 3483 | 8/15/77 | B-77-1533 | 2/23/81 | |
| XYZ-1 | U.S.A. v. Society of Indp. Gasoline | D.Md. | 76-823 | | | 2/23/81 | |

July 1978 - 3 TR / 3 XYZ / 6    pg

July 1979 - Same

July 1980 - 3 TR / 4 XYZ / 7 pg

July 1981 - 7 Dis - Closed

AMENDED
7/23/76                          p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 267 -- IN RE INDEPENDENT GASOLINE ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| PHILIP CLARKE, ET AL. (A-1)<br>David Berger, Esquire<br>David Berger, P.A.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 | ASHLAND OIL, INC.<br>Ray S. Bolze, Esquire<br>Howrey & Simon<br>1730 Pennsylvania, Ave., N.W.<br>Washington, D.C. 20006 |
| ALLSTATE TERMITE CONTROL CO., INC. (A-2)<br>Jerry S. Cohen, Esquire<br>1776 K Street, N.W., Suite 708<br>Washington, D.C. 20006 | CONTINENTAL OIL COMPANY<br>Edward N. Sherry, Esquire<br>Dewey, Ballantine, Bushby,<br>    Palmer & Wood<br>140 Broadway<br>New York, New York 10005 |
| FEASTERVILLE MOTORS, INC. (A-3)<br>Leonard Barrack, Esquire<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 | AMERADA HESS CORPORATION<br>Adlai S. Hardin, Jr., Esquire<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, New York 10005 |
| IRVING GARTENBERG (A-4)<br>Stanley Grossman, Esquire<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Avenue<br>New York, New York 10017 | CROWN CENTRAL PETROLEUM CORPORATION<br>James H. Kelley, Esquire<br>Bergson, Borkland, Margolis & Adler<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036 |
| ALGON CAB CO., ET AL. (B-1)<br>Aaron M. Fine, Esquire<br>Fine, Kaplan & Black<br>23d Floor, 1845 Walnut St.<br>Philadelphia, Pennsylvania 19103 | MEADVILLE CORPORATION<br>Myer Feldman, Esquire<br>Ginsburg, Feldman & Bress<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 |
| LEONARD COLBERT (C-1)<br>(Same as A-4) | |

| Plaintiff | Defendant |
|---|---|
| | PETROLEUM MARKETING CORPORATION<br>David F. Albright, Esquire<br>Semmes, Bowen & Semmes<br>10 Light Street - 11th Floor<br>Baltimore, Maryland  21202<br><br>WILLIAM H. BURNAP<br>William E. McDaniels, Esquire<br>Williams, Connolly & Califano<br>1000 Hill Building<br>Washington, D.C.  20006<br><br>KAYO OIL COMPANY<br>Wilbur D. Preston, Jr., Esquire<br>Whiteford, Taylor, Preston, Trimble & Johnston<br>IBM Building - 100 E Pratt Street<br>Baltimore, MD  21202<br><br>SOCIETY OF INDEPENDENT GASOLINE<br>   MARKETERS OF AMERICA<br>David A. Donohoe, Esquire<br>Akin, Gump, Strauss, Hauer & Feld<br>1100 Madison Office Building<br>1155 Fifteenth St., N.W.<br>Washington, D.C.  20005<br><br>Norman Goldberg, Esquire<br>c/o Amerada Hess Corporation<br>1185 Avenue of the Americas<br>New York, New York  10036<br><br>CHARLES J. LUELLEN<br>Ray S. Bolze, Esq.<br>Howrey & Simon<br>1730 Pennsylvania Ave, N.W.<br>Washington, D.C.  20006<br><br>ROBERT R. CAVIN<br>Donald T. Bucklin<br>truitt, Fabrikant, Bucklin &<br>    Lenzner<br>910 Seventeeth N.W.<br>Washington, D.C.  20006 |

JP Form 3

p. ___

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __267__ -- __IN RE INDEPENDENT GASOLINE ANTITRUST LITIGTION__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Amerada Hess Corp. | A-1, A-2, A-3, A-4, B-1; C-1 |
| Ashland Oil Inc. | A-1, A-2, A-3, A-4, B-1; C-1 |
| Continental Oil Co. | A-1, A-2, A-3, A-4, B-1; C-1 |
| Kayo Oil Co. | A-1, A-2, A-3, A-4, B-1; C-1 |
| Crown Central Petroleum Co. | A-1, A-2, A-3, A-4, B-1; C-1 |
| Meadville Corp. | A-1, A-2, A-3, A-4, B-1; C-1 |
| Petroleum Marketing Corp. | A-1, A-2, A-3, A-4, B-1; C-1 |
| Society of Independent Gasoline Marketers of America | A-1, A-3, A-4, B-1; C-1 |
| Rubert R. Cavin | A-1; A-3 |
| Norman Goldberg | A-1; A-3 |

p. _____

| | |
|---|---|
| Charles J. Luellen | A-1, A-3 |
| W. H. Burnap | A-1, A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |