DOCKET NO. 267

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INDEPENDENT GASOLINE ANTITRUST LITIGATION

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring the actions pending in districts other than the District of Maryland to that district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district before Judge C. Stanley Blair, and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that the actions listed on the attached Schedule A and pending in districts other than the District of Maryland be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable C. Stanley Blair for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A

| DISTRICT OF MARYLAND | DOCKET NO. 267 |
|---|---|
| Philip Clarke, et al. v. Amerada Hess Corp., et al. | Civil Action No. B76-842 |
| Allstate Termite Control Co., Inc. v. Amerada Hess Corp., et al. | Civil Action No. B76-861 |
| Algon Cab Co., et al. v. Society of Independent Gasoline Marketers of America, et al. | Civil Action No. B76-928 |

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Feasterville Motors, Inc. v. Amerada Hess Corp., et al. | Civil Action No. 76-1990 |

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Irving Gartenberg v. Society of Independent Gasoline Marketers of America, et al. | Civil Action No. 76 Civ. 2509 |